1034

[No. 67641-5-I.   Division One.   April 8, 2013.]

TAMMY BECK, *as Personal Representative, Appellant*, v. DARREN E. GRAFE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-28648-9, Hollis R. Hill, J., entered June 27, 2011. *Reversed* by unpublished opinion per Becker, J., concurred in by Spearman, A.C.J., and Grosse, J.

[Nos. 67877-9-I; 67973-2-I.   Division One.   April 8, 2013.]

LIND BROTHERS CONSTRUCTION, LLC, *Respondent*, v. THE CITY OF BELLINGHAM ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for Whatcom County, No. 10-2-03292-1, Ira Uhrig, J., entered October 10, 2011. *Reversed* by unpublished opinion per Grosse, J., concurred in by Spearman, A.C.J., and Dwyer, J.

[Nos. 67878-7-I; 67974-1-I.   Division One.   April 8, 2013.]

LIND BROTHERS CONSTRUCTION, LLC, *Respondent*, v. THE CITY OF BELLINGHAM ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for Whatcom County, No. 11-2-00902-1, Ira Uhrig, J., entered October 10, 2011. *Reversed* by unpublished opinion per Grosse, J., concurred in by Spearman, A.C.J., and Dwyer, J.

[Nos. 68016-1-I; 68910-0-I.   Division One.   April 8, 2013.]

TURNER HELTON, *Respondent*, v. THE SEATTLE POLICE DEPARTMENT, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 11-2-22522-4, Richard D. Eadie, J., entered November 18, 2011. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Appelwick and Lau, JJ.